UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NIGEL FREDRICKS, | | |
| Petitioner, | | 21-CV-8586 (LTS) |
| -against- | | ORDER DIRECTING PAYMENT OF FEE OR IFP APPLICATION AND ORIGINAL SIGNATURE |
| V.C.B.C., | | |
| Respondent. | | |

LAURA TAYLOR SWAIN, Chief United States District Judge:

Petitioner, who is proceeding *pro se*, brings this petition for a writ of *habeas corpus*. He submitted the petition without a signature and without payment of the $5.00 filing fee or an application to proceed *in forma pauperis* (IFP), that is, without prepayment of fees. The Court directs Petitioner, within thirty days, to resubmit the signature page of the petition with an original signature, and either pay the filing fee or complete and submit an IFP application.

Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001). In addition, to proceed with a petition for a writ of *habeas corpus* in this Court, a petitioner must pay a $5.00 filing fee or submit an IFP application. *See* 28 U.S.C. §§ 1914, 1915.

To cure the petition's lack of signature, within thirty days of the date of this order, Petitioner is directed to resubmit the signature page of the petition with an original signature to the Court within thirty days of the date of this order. A copy of the signature page is attached to

this order. Petitioner if further directed to either pay the $5.00 filing fee for a *habeas corpus* action or complete and submit the attached IFP application.

If Petitioner submits the documents, they should be labeled with docket number 21-CV-8586 (LTS). If the Court grants the IFP application, Petitioner will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

## CONCLUSION

Petitioner is directed to resubmit the signature page of the petition with an original signature and either pay the $5.00 filing fee or complete and submit the attached IFP application within thirty days. No summons shall issue at this time. If Petitioner complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

The Clerk of Court is directed to mail a copy of this order to Petitioner and note service on the docket.

SO ORDERED.

Dated:   October 20, 2021
         New York, New York

                                             /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                             Chief United States District Judge