UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NIGEL FREDRICKS,

                      Petitioner,

    -against-

WARDEN RENIE, G.R.V.C.,

                      Respondent.

21-CV-8586 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued March 22, 2022, denying the petition,

    IT IS ORDERED, ADJUDGED AND DECREED that the petition is denied without prejudice. Because the petition makes no substantial showing of a denial of a constitutional right, a certificate of appealability will not issue under 28 U.S.C. § 2253.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 22, 2022
             New York, New York

                                        /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                   Chief United States District Judge